The Hon. Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

GAYLEN TIBBITT,

    Plaintiff,

v.

BANK OF NEW YORK MELLON,
QUALITY LOAN SERVICE CORP. OF
WASHINGTON,

    Defendants.

Case No: 19-05443-BHS

**ORDER GRANTING UNOPPOSED FED. R. CIV. P. 54(b) MOTION OF DEFENDANT BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-7**

**Noting Date: August 23, 2019**

THIS MATTER having come before the Court by unopposed motion of Defendant Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-7 (incorrectly sued as Bank of New York Mellon) for entry of a final judgment pursuant to Fed. R. Civ. P. 54(b), having reviewed said motion:

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court finds there is no just reason for delay in the entry of a final judgment for Defendant Bank of New York Mellon f/k/a The Bank of New York as Trustee for the

ORDER GRANTING UNOPPOSED
FED. R. CIV. P. 54(B) MOTION OF DEFENDANT
BANK OF NEW YORK MELLON AS TRUSTEE
– PAGE 1 OF 2
CASE NO. 19-05443-BHS

Wright, Finlay, & Zak, LLP
3600 15th Ave W., Ste. 202
Seattle, WA 98119
PH: (206) 946-8109

Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-7 in accordance with the Order Granting Defendant's Motion to Dismiss issued on July 23, 2019. Dkt. No. 14.

2. The Court further finds that the factors for entry of a final judgment articulated in *Curtiss-Wright Corp. v. General Elec. Co.*, 446 U.S. 1 (1980) are satisfied in this case.

3. Per Fed. R. Civ. P. 54(b), the Clerk shall enter a final judgment dismissing Plaintiff's claims against Defendant Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-7 with prejudice and without leave to amend.

DONE IN OPEN COURT this 9th day of September, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

**WRIGHT FINLAY & ZAK, LLP**

*/s/ Joshua Schaer*_____
Joshua Schaer, WSBA #31491
Attorneys for Defendant Bank of New York
Mellon f/k/a The Bank of New York as Trustee
for the Certificateholders of the CWABS, Inc.,
Asset-Backed Certificates, Series 2005-7

ORDER GRANTING UNOPPOSED
FED. R. CIV. P. 54(B) MOTION OF DEFENDANT
BANK OF NEW YORK MELLON AS TRUSTEE
– PAGE 2 OF 2
CASE NO. 19-05443-BHS

Wright, Finlay, & Zak, LLP
3600 15th Ave W., Ste. 202
Seattle, WA 98119
PH: (206) 946-8109