UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GAYLEN TIBBITT,<br><br>               Plaintiff,<br><br>   v.<br><br>BANK OF NEW YORK MELLON, et al.,<br><br>               Defendants. | CASE NO. C19-5443 BHS<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |

This matter comes before the Court on Defendant Quality Loan Service Corporation of Washington's ("QLS") motion to dismiss. Dkt. 23.

On August 15, 2019, Plaintiff Gaylen Tibbitt ("Tibbitt") filed an amended complaint against QLS. Dkt. 16. On December 16, 2019, QLS filed a motion to dismiss for failure to state a claim. Dkt. 23. Tibbitt did not respond, which the Court considers as an admission that the motion has merit. Local Rules W.D. Wash. LCR 7(b)(2). On January 7, 2020, QLS replied. Dkt. 24.

Upon review of the complaint and the motion, the Court agrees with QLS. Therefore, the Court grants QLS's motion to dismiss with prejudice and without leave to amend because Tibbett has had multiple opportunities to amend his complaint.

**IT IS SO ORDERED**.

Dated this 25th day of February, 2020.

BENJAMIN H. SETTLE
United States District Judge